**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DANNY ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0028** |
| **JO ANNE B. BARNHART COMMISSIONER OF SOCIAL SECURITY** | **SECTION "B" (3)** |

## O R D E R

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment is **DENIED** and the plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day March, 2007.

_____
UNITED STATES DISTRICT JUDGE